27 F.3d 559
 U.S.
v.
Corcoran (John B.); U.S. v. House Calls, Inc.; U.S. v. House
Calls Home Health Agency, Inc.; U.S. v. House Calls Home
Health Care. Inc.; U.S. v. Dura-Med, Inc.; U.S. v. Northeast
Diagnostic Services, Inc.; U.S. v. Bal Cor Health Services,
Inc.; U.S. v. Corcoran (John B.)
 NOS. 92-7486, 72-7512-92-7517, 92-7545
 United States Court of Appeals,
Third Circuit.
 May 27, 1994
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.